**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNEST A. FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF,<br><br>　　　　Defendant. | Case No. C 05-5215 JF<br><br>**ORDER APPOINTING<br>SETTLEMENT COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

José Luis Martin is appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement

Case No.  C 05-5215 JF
ORDER APPOINTING
SETTLEMENT COUNSEL

1  Conference Program.  This appointment and limited representation shall end upon the completion of
2  the settlement conference and any follow-up activities ordered by the settlement judge.
3      Settlement Counsel shall notify the court promptly upon the completion of the settlement
4  conference and any follow-up activities.  The court shall then issue an order relieving the Settlement
5  Counsel from his or her limited representation of the unrepresented party.
6      IT IS SO ORDERED.
7  Dated: August 31, 2006

_____
United States District Judge

1  This Order has been served upon the following persons:

2  Ernest A. Flores
   Post Office Box 6715
3  San Jose, CA 95150

4  Claire T. Cormier
   United States Attorney's Office
5  Northern District of California, San Jose Branch
   150 Almaden Boulevard, Suite 900
6  San Jose, CA 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No.  C 05-5215 JF
ORDER APPOINTING
SETTLEMENT COUNSEL                                3