UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNEST A. FLORES,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br><br>            Defendant. | Case No.: C 05-5215 JF (PVT)<br><br>**ORDER RESCHEDULING PLAINTIFF'S MOTION TO COMPEL DISCOVERY OR FOR SANCTIONS**<br><br>**(Re: Docket No. 39)** |

On March 26, 2007, Plaintiff filed a motion to compel discovery or for sanctions. Defendant opposed the motion in part on the grounds that the motion was untimely. This court vacated the hearing date, and solicited supplemental briefing regarding the timeliness of the motion. The parties have now filed their respective supplemental briefs. In addition, Plaintiff filed a revised set of moving papers in which he sets forth the specific requests at issue followed by the objections and responses thereto, in compliance with Civil Local Rule 37-2.[1] Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that Plaintiff is granted relief from the discovery motion cutoff set forth in Civil Local Rule 26-2 for purposes of the present motion. Plaintiff has shown good cause for such relief based on the ambiguity of the "motions hearing deadline" of August 10, 2007, which

---

[1] Defendant had noted in its opposition brief that Plaintiff's original moving papers did not comply with this requirement.

ORDER, *page 1*

1  was adopted by the court at the case management conference in this case.  It is entirely
2  understandable that Plaintiff, representing himself *in pro per*, reasonably believed that the deadline
3  applied to *all* motions, including discovery motions.
4      IT IS FURTHER ORDERED that Plaintiff's motion will be heard by Magistrate Judge
5  Patricia V. Trumbull at 10:00 a.m. on June 12, 2007 in Courtroom 5 of this court.  Defendants shall
6  serve and file their opposition papers no later than May 22, 2007.  Plaintiff shall serve and file his
7  reply papers no later than May 31, 2007.
8  Dated:  *5/4/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

copies mailed on _____ to:

Ernest A. Flores
P.O. Box 6715
San Jose, CA 95150

Scott N. Schools, Esq.
Joann M. Swanson, Esq.
Claire T. Cormier, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
150 Almaden Blvd., Ste. 900
San Jose, CA 95113

_____
CORINNE LEW
Courtroom Deputy