NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ERNEST A. FLORES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | Case Number C 05-5215 JF (PVT)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT |

　　　　Plaintiff Ernest Flores, proceeding *pro se*, seeks a continuance of the briefing and hearing on the motion for summary judgment brought by Defendant Michael Chertoff. Defendant's motion is set for hearing on June 1, 2007, and Plaintiff's opposition was due on Friday, May 11, 2007. The Court has reviewed Plaintiff's letter request for continuance received May 9, 2007, Defendant's opposition to the request for continuance filed May 11, 2007 and Plaintiff's letter received May 14, 2007. The Clerk of the Court shall file Plaintiff's letters as of the dates the letters were received.

　　　　Pursuant to Fed. R. Civ. P. 56(f) a party may request that the hearing on a motion for summary judgment be continued to permit that party to conduct further discovery. Fed. R. Civ.

P. 56(f). A motion for continuance under Rule 56(f) must be supported by affidavits setting forth the particular facts expected to be discovered and how those facts would preclude summary judgment. *Brae Transportation, Inc. v. Coopers & Lybrand*, 790 F.2d 1439, 1443 (9th Cir. 1986). These requirements are not satisfied by references to a need for discovery contained in memoranda or declarations. *State of California v. Campbell*, 138 F.3d 772, 779 (9th Cir. 1998); *Brae*, 790 F.2d at 1443. The movant additionally must show that he or she has been diligent in conducting discovery. *Nidds v. Schindler Elevator Corp.*, 113 F.3d 912, 921 (9th Cir.1996); *Brae*, 790 F.2d at 1443. Failure to comply with the requirements of Rule 56(f) is a proper ground for denying the motion for continuance and proceeding with the motion for summary judgment. *Campbell*, 138 F.3d at 779; *Brae*, 790 F.2d at 1443.

      Plaintiff has failed to meet these standards. He states in his letter briefs that Magistrate Judge Trumbull has scheduled a discovery motion for June 12, 2007, and that he cannot prepare an opposition to Defendant's summary judgment motion before Judge Trumbull rules on the pending discovery motion. However, Plaintiff has failed to provide an affidavit setting forth the particular facts expected to be discovered if Plaintiff prevails before Judge Trumbull, and how those facts would preclude summary judgment. Accordingly, the Court will deny Plaintiff's motion for continuance. Plaintiff shall file an opposition to Defendant's summary judgment motion on or before May 18, 2007. Any reply shall be filed on or before May 25, 2007. The motion will be heard as scheduled on June 1, 2007. The Court will not rule on Defendant's motion until after Judge Trumbull issues her ruling with respect to the pending discovery motion. If Judge Trumbull orders Defendant to produce additional discovery, the Court will permit Plaintiff to submit supplemental briefing on the summary judgment motion before issuing its ruling.

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**ORDER**

Plaintiff's motion for continuance is DENIED. Plaintiff shall file an opposition to Defendant's summary judgment motion on or before May 18, 2007. Any reply shall be filed on or before May 25, 2007. The motion will be heard as scheduled on June 1, 2007.

DATED: 5/15/07

_____
JEREMY FOGEL
United States District Judge

3

Case No. C 05-5215 JF (PVT)
ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT
(JFLC2)

1  Copies of Order served on:

2

3  Claire T. Cormier     claire.cormier@usdoj.gov

4
   Ernest A. Flores
5  Post Office Box 6715
   San Jose, CA 95150
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 05-5215 JF (PVT)
ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT
(JFLC2)