```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for Federal Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNEST A. FLORES, ) | Case No. C 05-05215 JF |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER VACATING TRIAL DATE** |
| ) | **AND SCHEDULING CASE** |
| MICHAEL CHERTOFF, SECRETARY, ) | **MANAGEMENT CONFERENCE** |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed a motion to compel further discovery in this case. That motion was heard on June 12, 2007, before Magistrate Judge Patricia V. Trumbull. After lengthy discussion with the assistance of the Court, the parties have been directed to undertake certain efforts to try to resolve the discovery disputes. Some of these efforts may require follow up action after the first agreed or ordered tasks are completed.

This case is currently set for trial on September 21, 2007, with a pretrial conference set on September 14, 2007. To allow for an orderly resolution of the discovery disputes, prior to trial preparation, the parties STIPULATE AND REQUEST that the current pretrial conference and

trial date be vacated and that a case management conference be scheduled in approximately 60 days, or at another time acceptable to the Court, at which time a new trial date can be set.

                          Respectfully submitted,

DATED: June 18, 2007         SCOTT N. SCHOOLS
                                United States Attorney

                                /s/
                                CLAIRE T. CORMIER
                                Assistant United States Attorney

DATED: June 15, 2007               /s/
                                ERNEST A. FLORES
                                Plaintiff, in pro per

## **PROPOSED ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the pretrial conference on September 14, 2007 and the trial scheduled for September 21, 2007 are hereby VACATED. The parties shall appear for a case management conference at 10:30 a.m. on _____8/31/07_____ at which time a new trial date will be set. The parties shall file a joint case management statement no later than seven calendar days prior to the conference, advising the Court of the status of any remaining discovery disputes.

IT IS SO ORDERED.

DATE: ____6/25/07_____         _____
                                                          Jeremy Fogel
                                                          United States District Judge