**E-Filed 9/21/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ERNEST A. FLORES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | Case Number C 05-5215 JF (PVT)<br><br>ORDER[1] DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re. docket no. 79] |

On September 13, 2007, Plaintiff filed a notice of appeal in the instant case and an application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* may be granted if the district court is satisfied that the plaintiff is unable to pay the filing fees necessary to pursue the action. Here, Plaintiff's application reveals that he and his wife have a combined gross income of $9915.00 a month. In addition, Plaintiff indicates that he has a a home based business that generated $950.00 in the past twelve months. Finally, Plaintiff states that he owns a home and a vehicle. In light of these assets, the Court is not satisfied that Plaintiff is unable to

---

[1] This disposition is not designated for publication and may not be cited.

1  pay the filing fee necessary to pursue this action.  Accordingly, Plaintiff's application to proceed
2  *in forma pauperis* is DENIED.
3
4  IT IS SO ORDERED.
5
6  DATED: September 21, 2007
7                                                                      _____
8                                                                      JEREMY FOGEL
                                                                       United States District Judge

1  Copies of Order served on:

2  Claire T. Cormier    claire.cormier@usdoj.gov

3

4  Ernest A. Flores
Post Office Box 6715
San Jose, CA 95150

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-5215 JF (PVT)
ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC3)